# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ROBERT STILLWELL, FUTURELINK CORP., SDP ELECTRONICS, INC., ELECTRONIC MARKETING CORP.,<br><br>Plaintiffs,<br>vs.<br><br>RADIOSHACK CORPORATION,<br><br>Defendant. | CASE NO. 07 CV 0607 JM (CAB)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
|---|---|

WHEREAS this court has considered the joint motion of Plaintiffs and Defendant for an order extending time for RadioShack to respond to the complaint.

GOOD CAUSE APPEARING, the motion is hereby granted.

RadioShack shall respond to the first amended complaint on or before February 12, 2008.

**IT IS SO ORDERED.**

DATED: January 30, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:         All parties

- 1 -

07cv0607