1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

| | |
|---|---|
| ROBERT STILLWELL, et al.,<br><br>                                    Plaintiffs,<br><br>          v.<br><br>RADIOSHACK CORPORATION,<br><br>                                    Defendant. | Civil No.    07cv607 JM (CAB)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART THE JOINT MOTION TO EXTEND THE DEADLINE ON DISCOVERY MOTIONS**<br>**[Doc. No. 39.]** |

16

17

18

19

20

21

22

23

24

25

26

27

28

        On September 10, 2008, the Court issued a case management order which required all discovery motions be filed within 30 days of the service of an objection, answer or response which becomes the subject of dispute, or the passage of a discovery due date without response or production.  [Doc. No. 34 at 2.]  On December 24, 2008, the parties filed a joint motion to extend the deadline on discovery motions to 60 days for all motions, or in the alternative, for any motions relating to Radioshack's first set of discovery requests.  The parties claim an extension is necessary due to the extensive written discovery issued by the parties as well as the requirement to meet and confer before filing any discovery motions.

        While an extension may be warranted in particular instances upon a showing of good cause, the Court finds the request to extend the deadline for *all* motions to be overbroad and unwarranted. Accordingly, the request to extend the deadline for all motions is **DENIED**.  In regards to Radioshack's first set of discovery requests, including the First Set of Requests for Production of Documents, First Set of Special Interrogatories, and First Set of Requests for Admission on all four of the plaintiffs, the

///

1

07cv607

1  request is **GRANTED**.  Any discovery motions arising from those requests shall be filed **no later than**

2  **February 5, 2009**.

3         **IT IS SO ORDERED**.

4

5  DATED:  January 5, 2009

6

7  _____
        **CATHY ANN BENCIVENGO**
        United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07cv607