# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STILLWELL, FUTURELINK CORP., SDP ELECTRONICS, INC., ELECTRONIC MARKETING CORP., <br><br> PlaintiffS, <br><br> vs. <br><br> RADIOSHACK CORPORATION, <br><br> Defendant. | CASE NO. 07cv0607 JM (CAB) <br><br> **ORDER APPROVING SUBSTITUTION OF ATTORNEY** <br><br> **Doc. No. 55** |

On February 23, 2009, Defendant RadioShack Corporation filed a substitution of attorney notifying the court that Jones Day and Randy S. Grossman will replace McKenna Long & Aldridge, LLP, and Ross H. Hyslop as Defendant's attorney of record. (Doc. No. 55.) Pursuant to Civil Local Rule 83.3(g)(2), the court **APPROVES** the substitution.

**IT IS SO ORDERED.**

DATED: February 24, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge