**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT STILLWELL, FUTURELINK CORP., SDP ELECTRONICS, INC., ELECTRONIC MARKETING CORP., | Case No. 07-CV-0607 JM(CAB) |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE TO FILE MOTIONS TO COMPEL FURTHER RESPONSES TO OUTSTANDING DISCOVERY REQUESTS |
| v. | |
| RADIOSHACK CORPORATION, | |
| Defendants. | Ctrm.:      E<br>Judge:     Hon. Cathy A. Bencivengo |

For good cause shown, the Court hereby **GRANTS** the parties' Joint Motion to Continue Deadline to File Motions to Compel Further Responses to Outstanding Discovery Responses. Accordingly, the Court ORDERS that any motion to compel further responses to the discovery requests that were outstanding as of the Court's March 13, 2009 order, <u>see</u> Doc. No. 60, shall be filed **no later than May 8, 2009**.

  **IT IS SO ORDERED**.

DATE: April 28, 2009

           _____

           **CATHY ANN BENCIVENGO**
           United States Magistrate Judge