UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STILLWELL, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>RADIOSHACK CORPORATION,<br><br>　　　　　　　　　　Defendant. | Civil No.　07cv607 JM (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE TO FILE MOTIONS TO COMPEL FURTHER RESPONSES TO OUTSTANDING DISCOVERY REQUESTS**<br>**[Doc. No. 68.]** |

　　Good cause appearing, the parties' second joint motion to continue the deadline to file motions to compel further responses to outstanding discovery requests is **GRANTED**.  Any motion to compel further responses to the discovery requests that were outstanding as of the Court's March 13, 2009 order shall be filed **no later than May 22, 2009**.  The parties are advised that any delay related to this discovery dispute shall not constitute "good cause" to continue any of the discovery deadlines set forth in this Court's February 26, 2009 scheduling order.

　　**IT IS SO ORDERED**.

DATED: May 11, 2009

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge