1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT STILLWELL, FUTURELINK CORP., SDP ELECTRONICS, INC., ELECTRONIC MARKETING CORP., | Case No. 07-CV-0607 JM(CAB) |
| Plaintiffs, | **ORDER EXTENDING DISCOVERY COMPLETION DATES** |
| v. | |
| RADIOSHACK CORPORATION, | |
| Defendants. | |

Having reviewed the Joint Motion to Extend Discovery Completion Dates filed by Plaintiffs Robert Stillwell, Futurelink Corp., SDP Electronics, Inc., and Electronic Marketing Corp and Defendant RadioShack Corporation, and good cause appearing,

**IT IS HEREBY ORDERED that:**

1.      The non-expert discovery completion deadline is extended for 30 days, from September 30, 2009 to October 30, 2009; and

2.      The expert discovery completion deadline is extended for 25 days from October 30, 2009 to November 25, 2009.

3.      All other pre-trial dates and deadlines remain unchanged.

Dated:  September 2, 2009                    _____
                                            CATHY ANN BENCIVENGO
                                            UNITED STATES MAGISTRATE JUDGE

07cv0607