# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STILLWELL, FUTURELINK CORP., SDP ELECTRONICS, INC., ELECTRONIC MARKETING CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>RADIOSHACK CORPORATION,<br><br>Defendants. | Case No. 07-CV-0607 JM(CAB)<br><br>**ORDER EXTENDING SUPPLEMENTAL REPORTS BY DAMAGES EXPERTS** |

Having reviewed the Joint Motion to Extend Supplemental Reports by Damages Experts filed by Plaintiffs Robert Stillwell, Futurelink Corp., SDP Electronics, Inc., and Electronic Marketing Corp. (collectively, "Plaintiffs"), and Defendant RadioShack Corporation ("Defendant"), and good cause appearing,

**IT IS HEREBY ORDERED that:**

1. The date for supplemental reports by Brinig & Company and Lone Peak Valuation Groups (i.e. the parties' damages experts) shall be extended from September 30, 2009 to October 15, 2009.

2. The supplemental reports for all other experts shall remain unchanged and are due on September 30, 2009.

Dated: September 29, 2009

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE