FILED

09 OCT -6 PM 3:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STILLWELL, FUTURELINK CORP., SDP ELECTRONICS, INC., ELECTRONIC MARKETING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> RADIOSHACK CORPORATION, <br><br> Defendant. | Case No. 07 CV 0607 JM (CAB) <br><br> **ORDER GRANTING DEFENDANT RADIOSHACK CORPORATION'S *EX PARTE* MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL BRIEF REGARDING AREA OF PRIMARY RESPONSIBILITY** <br><br> Doc. No. 96 |

Upon consideration of the papers submitted by the parties and the arguments of counsel, the Court HEREBY GRANTS Defendant's *ex parte* motion for leave to submit a short supplemental brief. (Doc. No. 96.) The Clerk of Court is directed to file the brief which Defendant lodged on October 2, 2009. Plaintiffs may file any opposition to Defendant's supplemental brief as a part of Plaintiff's 10-page supplemental brief, requested with the September 25, 2009 order of this court, due no later than Friday, October 9, 2009.

Dated: October 5, 2009

Jeffrey T. Miller
United States District Judge

SDI-3447v1

Case No. 07-CV-0607 JM (CAB)