# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STILLWELL, FUTURELINK CORP., SDP ELECTRONICS, INC., ELECTRONIC MARKETING CORP.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RADIOSHACK CORPORATION,<br><br>　　　　Defendants. | Case No. 07-CV-0607 JM(CAB)<br><br>**ORDER EXTENDING NON-EXPERT DISCOVERY CUTOFF DATE** |

Having reviewed the Joint Motion to Extend the Non-Expert Discovery Cutoff Date filed by Plaintiffs Robert Stillwell, Futurelink Corp., SDP Electronics, Inc., and Electronic Marketing Corp. (collectively, "Plaintiffs"), and Defendant RadioShack Corporation ("Defendant"), and good cause appearing,

**IT IS HEREBY ORDERED that:**

　　1.　　The non-expert discovery cutoff date is continued from October 30, 2009, to and including November 25, 2009.

Dated: October 26, 2009

　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　CATHY ANN BENCIVENGO
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE