# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STILLWELL, FUTURELINK CORP., SDP ELECTRONICS, INC., ELECTRONIC MARKETING CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>RADIOSHACK CORPORATION,<br><br>Defendant. | Case No. 07-CV-0607 JM (CAB)<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR LEAVE TO USE AUDIO VISUAL EQUIPMENT**<br><br>[Doc. No. 132] |

For good cause shown, the Court hereby GRANTS defendant RadioShack Corporation's *ex parte* application for leave to utilize a laptop computer and a projector to make a PowerPoint presentation to the Court at the hearing scheduled for March 5, 2010 at 9:00 a.m. in Courtroom E. Accordingly, the Court ORDERS that the United States Marshals permit RadioShack's counsel of record, Randy S. Grossman and Kelly V. O'Donnell, to enter the courthouse on March 5, 2010 at approximately 8:30 a.m. with the aforementioned equipment.

IT IS SO ORDERED.
DATE:  March 4, 2010

Hon. Cathy A. Bencivengo
United States Magistrate Judge

07-CV-0607